**No. 09-10985. Jose Lopez, Petitioner v. United States.**

562 U.S. 981, 131 S. Ct. 413, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8186.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 590 F.3d 1238.

**No. 09-11277. Wayne B. Gaedtke, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 981, 131 S. Ct. 413, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8142.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 12.

**No. 09-11346. Kelvin M. Jones, Petitioner v. United States.**

562 U.S. 981, 131 S. Ct. 413, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8264.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 477.

**No. 09-11360. Alfonso Rodriguez, Jr., Petitioner v. United States.**

562 U.S. 981, 131 S. Ct. 413, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8158.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 581 F.3d 775.

**No. 09-11364. Julian Allmon, Petitioner v. United States.**

562 U.S. 981, 131 S. Ct. 413, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8156.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 981.

**No. 10-33. Suquamish Indian Tribe, Petitioner v. Upper Skagit Indian Tribe, et al.**

562 U.S. 981, 131 S. Ct. 414, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8230.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 1020.

**No. 10-37. Michael Hall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 981, 131 S. Ct. 414, 178 L. Ed. 2d 322, 2010 U.S. LEXIS 8138.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 746.